# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

YVETTE THOMAS

VERSUS

NADA FOOD MARKET INC., ET AL

NO.   2023 CW 0798

**OCTOBER 10, 2023**

---

In Re:   NADA 4 Inc., D/B/A Nada Meat Market, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693230.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT